GARY E. SCHNITZER, ESQ.
Nevada Bar No. 395
KRAVITZ SCHNITZER JOHNSON
WATSON & ZEPPENFELD, CHTD.
8985 South Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
(702) 222-4142 Direct
(702) 362-2203 Facsimile
Email:  gschnitzer@ksjattorneys.com
*Attorney for Defendant*
*LexisNexis Risk Solutions Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN BALL and JOJINA BALL,<br><br>                    Plaintiff,<br><br>vs.<br><br>LEXISNEXIS RISK SOLUTIONS INC.,<br><br>                    Defendants. | Case No.:   2:21-cv-01891-RFB-VCF<br><br>**ORDER TO   EXTEND TIME TO ANSWER OR OTHERWISE PLEAD**<br><br>**(FIRST REQUEST)** |

        Pursuant to Local Rule IA 6-1 of the United States District Court for the District of Nevada,

Defendant LexisNexis Risk Solutions Inc. ("Defendant") and Plaintiffs Kevin Ball and Jojina Ball

("Plaintiffs"), by and through their respective counsel, hereby stipulate as follows:

        1.        Plaintiffs filed their Complaint on October 13, 2021;

        2.        Defendant was served with the Complaint on October 21, 2021;

        3.        Defendant's deadline to answer or respond to Plaintiffs' Complaint is November

12, 2021;

        4.        Defendant has requested, and Plaintiffs have consented to, an additional thirty (30)

days for Defendant to file an Answer or otherwise respond to the Complaint;

        5.        An additional thirty (30) days for Defendant to answer or respond to Plaintiffs'

1

Complaint will not alter the date of any event or deadline already fixed by the Court or prejudice any party;

6.      Good cause exists to grant the stipulation as the additional thirty (30) days are needed to allow Defendant to complete its investigation of Plaintiffs' allegations, including a review of all relevant documents;

7.      Pursuant to Civil Local Rules 6.2 and 7.1, Plaintiff and Defendant agree that Defendant shall have up to and including December 13, 2021 to file a responsive pleading to Plaintiff's Complaint.

8.      WHEREAS, this is the first request by the Parties seeking such extension;

THEREFORE, in consideration of the foregoing, and for good cause, IT IS HEREBY STIPULATED AND AGREED by and between the Parties as follows:

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

KRAVITZ SCHNITZER JOHNSON,
WATSON & ZEPPENFELD, CHTD.
8985 S. Eastern Ave., Ste. 200
Las Vegas, Nevada 89123
(702) 362-6666

Defendant LEXISNEXIS RISK SOLUTIONS shall have up to and including December 13, 2021 to file an Answer or Otherwise Plead to Plaintiff's Complaint.

**IT IS SO STIPULATED.**

DATED this 10th day of November, 2021.

| | |
|---|---|
| /s/ Miles N. Clark _____ | /s/ Gary E. Schnitzer _____ |
| Miles N. Clark, Esq. SBN 13848 | Gary E. Schnitzer, Esq., SBN 395 |
| KNEPPER & CLARK LLC | KRAVITZ, SCHNITZER JOHNSON |
| 5510 S. Fort Apache Road, Suite 30 | WATSON & ZEPPENFELD, CHTD. |
| Las Vegas, NV 89148 | 8985 South Eastern Avenue, Suite 200 |
| Email: miles.clark@knepperclark.com | Las Vegas, NV 89123 |
| | Email: gschnitzer@ksjattorneys.com |
| David H. Krieger, Esq., SBN 9086 | *Attorneys for Defendant* |
| Shawn Miller, Esq. SBN 7825 | *LexisNexis Risk Solutions Inc.* |
| KRIEGER LAW GROUP, LLC | |
| 2850 W. Horizon Ridge Parkway, Suite 200 | |
| Las Vegas, NV 89052 | |
| Email: dkrieger@kriegerlawgroup.com | |
|          smiller@kriegerlawgroup.com | |
| *Attorneys for Plaintiffs* | |
| *Kevin Ball and Jojina Ball* | |

**IT IS ORDERED.**

DATED this __12__ day of November, 2021.

_____
United States Magistrate Judge

KRAVITZ SCHNITZER JOHNSON, WATSON & ZEPPENFELD, CHTD.
8985 S. Eastern Ave., Ste. 200
Las Vegas, Nevada 89123
(702) 362-6666