Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 447-8048
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.,
Nevada Bar No. 9086
Shawn W. Miller, Esq.
Nevada Bar No. 7825
KRIEGER LAW GROUP LLC
2850 W. Horizon Ridge Parkway, Suite 200
Henderson, NV 89052
Phone: (702) 848-3855, ext. 101
Email: dkrieger@kriegerlawgroup.com
Email: smiller@kriegerlawgroup.com

*Counsel for Plaintiffs*
*Kevin Ball and Jojina Ball*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN BALL; and JOJINA BALL, | Case No. 2:21-cv-01891-RFB-VCF |
| Plaintiffs, | **STIPULATION AND PROPOSED ORDER OF DISMISSAL OF LEXISNEXIS RISK SOLUTIONS, INC., WITH PREJUDICE** |
| v. | |
| LEXISNEXIS RISK SOLUTIONS, INC., | Complaint filed:  October 13, 2021 |
| Defendant. | |

PLEASE TAKE NOTICE that Plaintiffs Kevin Ball and Jojina Ball ("Plaintiffs") and Defendant LexisNexis Risk Solutions, Inc., ("LNRS") hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in accordance with Fed. R. Civ. P. 41 (a)(1)(A)(ii).

There are no longer any issues in this matter between Plaintiffs and LNRS to be determined by this Court. Plaintiffs and LNRS hereby stipulate that all claims and causes of action that were or could have been asserted against LNRS are hereby dismissed with prejudice, with court costs

to be paid by the party incurring same. Each party will bear their own costs.

**IT IS SO STIPULATED.**
DATED: May 13, 2022.

**KNEPPER & CLARK LLC**

/s/ *Miles N. Clark*
_____
Miles N. Clark, Esq.
Nevada Bar No. 13848
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Miles.Clark@knepperclark.com

**KRIEGER LAW GROUP, LLC**
David H. Krieger, Esq.
Nevada Bar No. 9086
Shawn W. Miller, Esq.
Nevada Bar No. 7825
5502 S. Fort Apache Rd, Ste 200
Las Vegas, NV 89148
DKrieger@kriegerlawgroup.com
SMiller@kriegerlawgroup.com

*Counsel for Plaintiffs*
*Kevin Ball and Jojina Ball*

**KRAVITZ SCHNITZER JOHNSON WATSON & ZEPPENFELD, CHTD.**

/s/ *Gary E. Schnitzer*
_____
Gary E. Schnitzer, Esq.
8985 S. Eastern Ave., Suite 200
Las Vegas, NV 89123
gschnitzer@ksjattorneys.com

*Counsel for Defendant*
*LexisNexis Risk Solutions, Inc.*

## ORDER GRANTING STIPULATION OF DISMISSAL OF LEXISNEXIS RISK SOLUTIONS, INC., WITH PREJUDICE

**IT IS SO ORDERED.**

_____
Richard F. Boulware, II
UNITED STATES DISTRICT COURT JUDGE

DATED this 16th day of ____May____ 2022.

*Ball et al v. LexisNexis Risk Solutions, Inc.*
*Case No. 2:21-cv-01891-RFB-VCF*

Distribution: All ECF-registered counsel of record via email generated by the court's ECF system.

KNEPPER & CLARK LLC
ATTORNEYS AT LAW
5510 S Fort Apache Rd, Ste 30
Las Vegas, NV 89148
(702) 856-7430